GREEN, Respondent, v. VILLAGE OF PORT JERVIS, Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by Henry Green against

the village of Port Jervis. No opinion. Motion to appeal to the court of appeals denied. See 64 N. Y. Supp. 547.